**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Pat Harris | Court Reporter: C. Newburg |
| counsel: | Courtroom Deputy: M. Johnson |
| | Interpreter: |
| vs | USPO: K. Lawson |
| | |
| **MICHAEL LONZELL ERVIN** | Date:   November 27, 2007 |
| counsel: Teresa Bloodman | |
| counsel: | CASE NO. 4:07CR00099-01-WRW |

**SENTENCING MINUTES**

Begin: 10:15 a.m.                                                                                                    End: 10:30 a.m.

Court finds ( ) grounds  ( ) 5k1.1 ( ) other  ( X ) no grounds:  for departure

 SUPERVISED RELEASE:                                                   **PROBATION: 3 YEARS**

**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:**
( X ) Defendant shall participate, if deemed necessary by the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.
( ) Defendant shall participate in the Home Detention program for a period of ____ months.  During this time, defendant will be allowed to leave his residence under conditions set by the U.S. Probation Office.  Defendant will be subject to the standard conditions of Home Detention adopted for use in the Eastern District of Arkansas which ( )does ( )does not include the requirement to wear an electronic monitoring devise and to follow EM procedures specified by the Probation Officer.  Electronic Monitoring shall be paid by the U.S. Probation Office.
( X ) Defendant shall participate as directed in mental health treatment as directed by USPO.
( X ) Mandatory drug testing shall apply.
(  ) Supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.
(  ) Financial Disclosure.
( X ) The defendant shall cooperate in the collection of DNA as directed by the probation officer.
(  ) Defendant remanded into custody of U.S. Marshal.
( X ) Appeal rights

**PSR adopted**

**Fine:**         _____N/A_____         **To be paid:**_____
**Restitution:** _____N/A_____         **To be paid:** _____
**Special Assessment:**___$100.00_____         **To be paid:** ____Immediately_____