# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Pat Harris | Reporter: Genie Power |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: S. Earsa |
| **MICHAEL LONZELL ERVIN** | |
| counsel: Kim Driggers | |
| counsel: | Date: June 24, 2008 |

CASE NO: 4:07CR00099-01-WRW

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 1:35 p.m.**                                                                                           **End: 2:00 p.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; 8 months BOP + 61 days unserved Residential Re-entry Center placement; 2 years supervised release; deft remanded into custody of U.S. Marshal; amended J&C to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd