IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                      4:07CR00099-01-WRW

MICHAEL LONZELL ERVIN

## AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the Probation granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his Probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Probation granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 8 (eight) months at a designated Bureau of Prisons correctional facility, plus 61 days unserved Residential Re-entry Center placement. Mr. Ervin is to participate in residential or nonresidential substance abuse treatment and mental health counseling during incarceration. A term of supervised release of two (2) years will follow imprisonment. The defendant shall participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office. The defendant was remanded into the custody of the U.S. Marshal. The remaining terms and conditions of Mr. Ervin's Probation previously imposed remain in full force and effect.

IT IS SO ORDERED this 25th day of June, 2008.

                                                            /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE